ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ERNEST MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 309-044 |
| | ) | |
| TIM FLOWERS, Parole Officer, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2) is **DENIED** without prejudice, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 22nd day of October, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE